Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Holland & Hart LLP
3800 Howard Hughes Parkway
Tenth Floor
Las Vegas, Nevada 89169
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WIDE OPEN EXCURSIONS, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>VEGAS OFF ROAD EXPERIENCE, INC., a Nevada Corporation; CHARLES D. SELF, individually; CATHY SELF, individually; and STEPHEN R. VENTRE, individually,<br><br>        Defendants. | Case No. :  2:09-cv-02250-JCM-RJJ<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

Holland & Hart LLP
3800 Howard Hughes Parkway, Tenth Floor
Las Vegas, Nevada 89169

**STIPULATION**

Plaintiff Wide Open Excursions, LLC and Defendants Vegas Off Road Experience, Inc., Charles D. Self, Cathy Self, and Stephen R. Ventre hereby stipulate and agree to dismiss the above-entitled action with prejudice, with each party to bear its, his, or her own attorney's fees, costs, and prejudgment interest.

DATED this 4th day of November, 2010.                    DATED this 4th day of November, 2010.


_____/s/ Patrick J. Reilly, Esq._____            _____/s/ Philip M. Hymanson, Esq._____
Patrick J. Reilly, Esq.                              Philip M. Hymanson, Esq.
Holland & Hart LLP                                   Greenberg Traurig, LLP
3800 Howard Hughes Parkway                          3773 Howard Hughes Parkway, Suite 400 N.
Tenth Floor                                          Las Vegas, Nevada 89169
Las Vegas, Nevada 89169

*Attorneys for Plaintiff Wide Open*                  Allan Gabriel, Esq.
*Excursions, LLC*                                    Dykema Gossett LLP
                                                     333 South Grand Avenue, Suite 2100
                                                     Los Angeles, CA 90071

                                                     *Attorneys for Defendants Vegas Off Road*
                                                     *Experience, Inc., Charles D. Self, Cathy Self,*
                                                     *and Stephen R. Ventre*


**ORDER**

IT IS SO ORDERED.


_____
U.S. DISTRICT COURT JUDGE

DATED: __November 9, 2010_____

Holland & Hart LLP
3800 Howard Hughes Parkway, Tenth Floor
Las Vegas, Nevada 89169